UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT
CHATTANOOGA

**To:** Eugene N. Bulso, Jr.

**Case No.:** 2:23-cv-22

### General

| |
|---|
| No payment submitted. |
| Amount due: |
| Attorney not registered as an E-Filer |
| |

### Complaints

| | |
|---|---|
| Cover sheet not included | ✔ |
| Summons not completed or filled out improperly | ✔ |
| Incorrect party name added | |
| Incorrect party role | |
| Incomplete name | |
| Name in all caps | |
| Address information should not have been entered | |
| Incorrect cause of action chosen | |
| Incorrect nature of suit chosen | |
| Wrong division chosen | |

### Other filings -- Doc. No.:

| | |
|---|---|
| Filed in wrong case | |
| Wrong event used | |
| s/signature missing | |
| Original signature not in compliance with ECF Rule 6 | |
| Multi-part motion not selected | |
| Attachment should be filed separately | |
| Blank pages | |
| Page orientation wrong | |
| Discovery documents improperly filed (See FRCP 5(d)) | |
| Proposed agreed order: joint motion required (See ECF Rule 4.8) | |
| Copyright/Patent form not filed (See LR 3.1.1) | |
| Other: Attorney Contact Information Does Not Match | ✔ |

**Action to be taken:** Civil Case Cover Sheet to be Filed. Summons to be supplemented in order to be issued. Attorney is responsible for ensuring address/email address on the ECF docket sheet is the same as what is listed in the Complaint.

```
Informational only: ☐
```