UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

AVE Greeneville LLC

v.                                             Case No. _____

First Community Bank of East
Tennessee

## **DISCLOSURE STATEMENT**

      I, the undersigned, counsel of record for __AVE Greeneville LLC_____,

certify to the best of my knowledge and belief:

☐    My client has no corporate interests to be identified under *Federal Rule of Civil Procedure 7.1 or Federal Rule of Criminal Procedure 12.4.*

☐    My client has the following parent corporation(s):
        None

☐    The following publicly held corporation(s) own 10% or more of my client's stock:
        None

        Pursuant to Federal Rule of Civil Procedure 7.1, AVE Greeneville LLC is a citizen of the state of Texas.

/s Eugene N. Bulso, Jr.
(Signature of Counsel)

02/28/2023
(Date)