IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| AVE GREENEVILLE LLC,<br><br>  Plaintiff,<br><br>v.<br><br>FIRST COMMUNITY BANK OF EAST TENNESSEE,<br><br>  Defendant. | Case No. 2:23-cv-00022<br><br>Judge Curtis L. Collier,<br>Magistrate Judge Cynthia R. Wyrick<br><br>JURY DEMAND |

## CERTIFICATE OF CITIZENSHIP

The Plaintiff, AVE Greeneville LLC ("AVE Greeneville"), pursuant to Federal Rule of Civil Procedure 7.1, states:

1. Plaintiff AVE Greeneville is a limited liability company duly authorized and existing under the laws of the State of Tennessee with its principal place of business in Allen, Texas. Its sole member is Chad Hagle.

2. Chad Hagle is a citizen and resident of Fairview, Texas.

3. A limited liability company "has the citizenship of each of its members." *Varsity Brands Inc. v. Star Athletica LLC*, 799 F.3d 468, 494 (6th Cir. 2015) (quoting *Delay v. Rosenthal Collins Grp. LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009)).

4. Accordingly, Plaintiff AVE Greeneville is a citizen of the state of Texas.

4868-2900-6420.1

Case 2:23-cv-00022-CLC-CRW   Document 8   Filed 03/02/23   Page 1 of 2   PageID #: 39

Respectfully submitted,

/s *Eugene N. Bulso, Jr.*
Eugene N. Bulso, Jr. (No. 12005)
BULSO PLC
155 Franklin Road, Suite 400
Brentwood, Tennessee 37027
(615) 913-5191
gbulso@bulso.com
*Attorneys for Plaintiff*