IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| AVE GREENEVILLE, LLC | * |
| | * |
|    Plaintiff | * |
| | * |
| VS. | *   Case No. 2:23-cv-22 |
| | * |
| FIRST COMMUNITY BANK OF | *   Judge Curtis L. Collier, |
| EAST TENNESSEE, | *   Magistrate Judge Cynthia R. Wyrick |
| | * |
|    Defendant. | *   JURY DEMAND |

## CERTIFICATE OF CITIZENSHIP

Defendant First Community Bank of East Tennessee ("First Community Bank"), pursuant to Federal Rule of Civil Procedure 7.1, states:

First Community Bank is a Tennessee banking corporation with its principal place of business in Rogersville, Tennessee. A corporation is a citizen of every state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). Thus, First Community Bank is a citizen of Tennessee.

                                          **HUNTER, SMITH & DAVIS, LLP**

                            By:   */s/Mark S. Dessauer*
                                        William C. Argabrite, Esq. (006080)
                                        Mark S. Dessauer, Esq. (010421)
                                        HUNTER, SMITH & DAVIS, LLP
                                        1212 North Eastman Road
                                        Post Office Box 3740
                                        Kingsport, Tennessee 37664-0740
                                        (423) 378-8840; Fax: (423) 378-8801
                                        Attorneys for Defendant, First Community
                                        Bank of East Tennessee

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on March 30, 2023 the foregoing **Certificate of Citizenship** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties have been served by hand delivery, overnight delivery, facsimile transmission, or by mailing a copy of same by United States Mail, postage prepaid.

       Eugene N. Bulso, Jr. (No. 12005)
       BULSO PLC
       155 Franklin Road, Suite 400
       Brentwood, Tennessee 37027
       gbulso@bulso.com

**HUNTER, SMITH & DAVIS, LLP**

BY:    */s/Mark S. Dessauer*
          Mark S. Dessauer