# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **AVE GREENEVILLE, LLC** | * |
| | * |
| **Plaintiff** | * |
| | * |
| VS. | *  Case No. 2:23-cv-22 |
| | * |
| **FIRST COMMUNITY BANK OF** | * |
| **EAST TENNESSEE,** | * |
| | * |
| **Defendant.** | * |

## MOTION TO CONTINUE AND/OR
## RESCHEDULE THE SCHEDULING CONFERENCE

Defendant, First Community Bank of East Tennessee, hereby moves, with assent of Plaintiff, to continue the scheduling conference currently scheduled for Thursday, April 27, 2023 at 3:30 p.m. to either Tuesday, May 2, 2023 or Wednesday, May 3, 2023.

Defendant's counsel, who are not available on Thursday, April 27, 2023 at 3:30 p.m., conferred with Plaintiff's counsel and identified the following mutually available dates: Tuesday, May 2, 2023 and Wednesday, May 3, 2023.

The undersigned have consulted with Plaintiff's counsel, who has assented to this proposed rescheduling of this conference. Defendant avers that no party will be prejudiced by the granting of this motion.

WHEREFORE, Defendant respectfully requests that the scheduling conference currently set for 3:30 p.m. on Thursday, April 27, 2023 be rescheduled for Tuesday, May 2, 2023 or Wednesday, May 3, 2023.

**HUNTER, SMITH & DAVIS, LLP**

By: _/s/Mark S. Dessauer_
William C. Argabrite, Esq. (006080)
Mark S. Dessauer, Esq. (010421)
HUNTER, SMITH & DAVIS, LLP
1212 North Eastman Road
Post Office Box 3740
Kingsport, Tennessee 37664-0740
(423) 378-8840; Fax: (423) 378-8801
Attorneys for Defendant, First Community Bank of East Tennessee

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **Motion to Continue and/or Reschedule the Scheduling Conference** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties have been served by hand delivery, overnight delivery, facsimile transmission, or by mailing a copy of same by United States Mail, postage prepaid.

Eugene N. Bulso, Jr. (No. 12005)
BULSO PLC
155 Franklin Road, Suite 400
Brentwood, Tennessee 37027
gbulso@bulso.com

**HUNTER, SMITH & DAVIS, LLP**

BY: _/s/Mark S. Dessauer_
Mark S. Dessauer