UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| AVE GREENVILLE, LLC, | ) |
| *Plaintiff*, | ) Case No. 2:23-CV-22 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| FIRST COMMUNITY BANK OF EAST TENNESSEE, | ) Magistrate Judge Cynthia R. Wyrick |
| *Defendant*. | ) |

# O R D E R

Before the Court is the parties' joint motion to continue the scheduling conference, which is currently set for April 27, 2023, at 3:30 p.m. (Doc. 13.) The Court **GRANTS** the motion (Doc. 15). The scheduling conference is **RESET** to **June 8, 2023, at 4:15 p.m. ET.**

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**